IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DOYLE DWIGHT WALKER, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

Case No. 3:11-cv-00973-CL

**ORDER**

PANNER, District Judge.

    On the stipulation of the parties (#25), it is hereby ordered that the Commissioner's final decision is reversed and this matter is remanded for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g). On remand, a new ALJ will provide the claimant with the opportunity for a new hearing. Plaintiff may raise any issue. The ALJ is free to reconsider any determination, but shall specifically develop the case and evaluate new evidence from Dr. Annable; evaluate claimant's HIV condition and evidence from Dr. MacVeigh; discuss and determine claimant's credibility related to his HIV symptoms; evaluate claimant's physical and mental residual functional capacity, including explanations of limitations in the "B" criteria; evaluate and specify the weight given the opinion evidence and the rationale

Page 1 – ORDER

therefore; and assess claimant's ability to return to his past relevant work or other work, if appropriate.

IT IS SO ORDERED.

DATED this \_\_\_6\_\_\_ day of September, 2012.

_(signature)_
OWEN M. PANNER
United States District Judge