Juliana E. Coons, OSB #03291
jecoonsoffice@gmail.com
Juliana E. Coons, P.C.
440 E. Broadway, Suite 140
Eugene OR 97401
(541) 345-4499
Fax (541) 228-3847
Attorney for Doyle Dwight Walker


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


| | | |
|---|---|---|
| DOYLE DWIGHT WALKER, | ) | Civil Action No.  3:11-CV-00973-CL |
| Plaintiff, | ) | |
| v. | ) | |
| MICHAEL J. ASTRUE<br>Commissioner,<br>Social Security Administration | ) | ORDER AWARDING EAJA<br>ATTORNEY FEES |
| Defendant. | ) | |

Based on the Motion for Approval of Attorney Fees Pursuant to the Equal Access to
Justice Act and accompanying documents, it is hereby ORDERED that attorney fees in
the amount of $4,397.90 and $17.37 in costs shall be awarded to Plaintiff, payable to
Plaintiff's attorney, Juliana E. Coons, 440 E. Broadway, Suite 140, Eugene OR 97401,
pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. If Mr. Walker has federal
debt subject to offset by the Treasury Offset Program, the EAJA award would be made
payable to Mr. Walker.

DATED this 7 day of March, 2013.

_____
United States District Judge
Magistrate

PRESENTED BY:

s/ Juliana E. Coons
JULIANA E. COONS, OSB#03291
(541) 345-4499
Attorney for Plaintiff, Doyle Dwight Walker